Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com

Attorneys for Plaintiff, ALEXIS WILLIAMS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| ALEXIS WILLIAMS, | ) Case No.: 2:09-cv-02913 |
|---|---|
| Plaintiff, | ) **VOLUNTARY DISMISSAL** |
| v. | ) |
| NCO FINANCIAL SYSTEMS, INC., | ) |
| Defendant. | ) |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, ALEXIS WILLIAMS, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: March 30, 2010                               KROHN & MOSS, LTD.


                                                    By:/s/ Ryan Lee .
                                                       Ryan Lee
                                                       Attorneys for Plaintiff
                                                       KATHY PALOMO